IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-57-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL INFORMATION** |
| ) | |
| BENJAMIN DANIEL VIRKLER ) | |

The United States Attorney charges that:

On or about September 29, 2024, in the Eastern District of North Carolina, the defendant, BENJAMIN DANIEL VIRKLER, did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce and that has been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and was a depiction of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

(REST OF PAGE INTENTIONALLY LEFT BLANK)

## FORFEITURE

The named defendant is hereby given notice that all of the defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offense set forth in this Information, the defendant, BEJNAMIN DANIEL VIRKLER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offense(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

The forfeitable property includes, but is not limited to:

    a. A SanDisk 64GB thumb drive, SN: BN160624774B, found in BENJAMIN DANIEL VIRKLER'S residence on May 5, 2025; and

    b. A navy blue Microsoft Store N Go thumb drive, SN: E805A1B5, found in BENJAMIN DANIEL VIRKLER'S residence on May 5, 2025.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), through Title 18, United States Code, Sections 2253 or 1467, whichever may be applicable, to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

DANIEL P. BUBAR
Acting United States Attorney

*/s/ Erin C. Blondel*

ERIN C. BLONDEL
Assistant United States Attorney